# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135555

SAGINAW INTERMEDIATE SCHOOL
DISTRICT,
      Plaintiff-Appellee,

v

COLEMAN COMMUNITY SCHOOLS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135555
COA: 270098
Midland CC: 03-006362-CK

On order of the Court, the application for leave to appeal the November 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

t0317

_____
Clerk